Verified Correct Copy of Original 1/27/2017

17CV03446

1    __In the Circuit Court of the State Of Oregon__
2    __For the County of Multnomah__
3    **Daniel Carroll,**
4
5    _____**Plaintiff,**                          Pro Se
6                                    Ref: # 16SC48933 and 16SC48934
7                                    _____**Complaint**
8                                    **Continued refusal of access to treatment,**
9                                    **Willful harm by Health Director**
10
11                                   ____**Prayer for: $6000.00**____
12                                   **Dated this day of 01-27-2017**
13    **V.**
14
15   **Native American Rehabilitation Associations,**
16   **An Oregon Corporation**
17   **DBA: NARA,**
18   _____**Defendants,**_____
19
20   **Plaintiffs Alleges:**
21
22
23                            **Facts:**
24   At all times mentioned herein Native America Rehabilitation Association of the northwest
25   Inc. hereafter referred to as NARA was a domestic non-profit corporation registered with the
26   state of Oregon and leased the building located at 15.North Morris Street, in Portland, or
27   County of Multnomah and state of Oregon. At all times mentioned herein,

FILED
17 JAN 27 PM 3:35
CIRCUIT COURT
FOR MULTNOMAH COUNTY

Page 1-Plaintiffs Complaint

Verified Correct Copy of Original 1/27/2017

1 Plaintiff Daniel Carroll was a resident of Oregon and resides in the county of Multnomah.

2

3

4 Plaintiff is an enrolled tribal member with the Pueblo of Laguna Tribe. He is also of African
5 American decent.

6

7

8 Plaintiff in the past had been treated at NARA for the following health reasons:

9 Open Heart Surgerie

10 Chronic Asthma

11

12 Torn Achilles hill and other health issues

13

14

15 On approximately   11-30-2014, the plaintiff was told he was no longer going to be treated at
16 NARA. Plaintiff was never given a reason or told why. Last

17

18 NARA clinic continued to fill the plaintiff up with Pain pills for years without ever telling the
19 plaintiff the risk of taking the medications.

20

21 After it was clear that all the pain pills "Narcotics" were having a negative effect on the
22 Plaintiff and after numerous Written Grievance's and request to talk about the effects of
23 Narcotics, The Health Director simply told Plaintiff after over fifteen years of treatment not
24 to come back and find another health care provider in 30 adys.

25 Plaintiff wrote an affidavit to NARA and its management pleading to discuss his health issues
26 and mental state, since Dr. Gowen had then said Stress due to NARAs treatment towards
27 plaintiffs were causing continued stress. NARA refused to talk about Plaintiff health issues
and 28 turned their backs on a patient who had attended NARA clinic for almost 20 years.

Page 2-Plaintiffs Complaint

Verified Correct Copy of Original 1/27/2017

1 Plaintiff later received a letter from NARA stating he could come in in a time of emergency.

2 This continued to fill like willful torment after being denied access for reasons that were not

3 explained verbal or in writing to plaintiff.

4

5 After Plaintiff was willfully kicked out of NARA for unexplained reasons after over 15 years of

6 treatment for serious health issues, some brought on directly from NARA and its Doctors and

7 staff which has left the Plaintiff partially disabled for the rest of his life, he started to go to a

8 new clinic for the pain pills that NARA had prescribed for years.

9

10 Wellness Fushion 2442 S E 101st Portland, or and was seen by Dr. Julie Denille.

11

12 On approximately 08-01-2016 Plaintiff showed up at the Wellness Fushion for his regular

13 appointment. The doors were locked and no one answered the phones. They went out of

14 business. The Plaintiff called NARA on 08-01-2016 to explain his situation and asked if he

15 could come into NARA until he found a new provider.

16

17 Plaintiff was denied access by NARA and its Health director.

18

19 Plaintiff then called Providence and explained his situation and told them prior to calling he

20 had called NARA and was denied access for services that Defendant had started Plaintiff on.

21

22

23 Providence treated Plaintiff in the Emergency Room with prescription pills and set up a plan

24 for the future.

25

26 On 02-04-2016, Plaintiff notified NARA by written request for additional documents. This

27 letters was faxed and sent by U.S. mail to: Allyson Lecatsa the Health Director. The letter and

28 fax continue to be ignored.

29

30 NARA continues to ignore Plaintiffs request for information that could help with his recovery

31 and mental statues to improving overall health

32 Defendant, NARA has even ignored the request from my previous attorney for written

33 documents by the Plaintiff to evaluate his mental state of mind.

34          Plaintiff Prayers for the amount of 6000.00

35

Page 3-Plaintiffs Complaint

Verified Correct Copy of Original 1/27/2017

1 The reason for this claim is NARA has willfully violated access for Plaintiff to be seen for a
2 medical emergency (EMTALA) (42U.S.A. 1395dd).
3
4 Defendant's continued violations of my rights as a Native American Indian.
5
6 Plaintiff Daniel Carroll hereby declares that the above is true to the best of my knowledge and
7 belief.
8
9 Plaintiff has shown a genuine issue for trial ORCP45B
10
11 1973 Bill Of Rights Act, Plaintiff has the right to be informed why a clinic or hospital is
12 refusing services or being dump on to another clinic.
13
14
15 The Plaintiff has filed a separate claim in the past that has no similarities. The previous
16 claims were Tort Claims of Malpractice. Although it is clear to all parties involved that the
17 Defendants have caused harm to Plaintiff which has left him partially disabled for the
18 remaining of his life, this current claim is separate and should be continued as requested by
19 the Defendants in a jury trial and remove from Small Claims Court.
20
21 Exhibit 1 Certificate of Indian Blood. Registered tribal member
22 Exhibit 2 Affidavits
23 Exhibit 3 Letter and fax dated on 02-04-2016. Fax was confirmed
24
25 Prior to filing this lawsuit in Small claims Court the defendant did the following to resolve
26 and to receive documents that NARA refuses to hand over still today which may affect my
27 treatment:
28
29 A) NARA was contacted by the BBB, No response by Defendant
30 B) Plaintiff filed Multiple Grievance's,
31 C) Multiple letters by Plaintiff, No response
32 D) Plaintiff contacted Bureau of Indian Affairs
33 E) Request for Dr. Gowen to talk to Plaintiff about the long term effects of "Narcotics" that
34 the Defendants had prescribed, no response by Defendants
35 F) Plaintiff called the registered agent of NARA, no response from Defendants
36 G) Plaintiff contacted the Oregon Health Medical Authority

Page 4-Plaintiffs Complaint

_Verified Correct Copy of Original 1/27/2017_

1 H) Plaintiff requested in writing an administrative hearing and request form. No response
2 from Defendants

3 I) Plaintiff followed all written documents on Plaintiff, NARAs wall for help to resolve
4 problems and health concerns. No response by Plaintiff.

5

6

7 These are just some example of what the Plaintiff attempted to do to with NARA to help with
8 his overall health and future wellbeing. That still affects him today.

9

10

11 Defendant none actions continue to be a risk to Plaintiffs health and recovery and
12 understanding of Plaintiff mental state of mind.

13

14

15

16

17

18

19 A copy of this letter has been sent to NARAs attorney by U.S. Mail to the last known address
20 and the address presented to the Multnomah Courts.

21

22

23

24

25 The defendant may call with any questions and concerns:

26 Daniel Carroll

27 388 s e 194th apt#239

28 Portland or 97233

29 971-212-2592

Sincerely

Daniel Carroll

Page 5-Plaintiffs Complaint

**PUEBLO OF LAGUNA**
P.O. BOX 194
LAGUNA, NEW MEXICO 87026
**505-552-6654**

## CERTIFICATE OF INDIAN BLOOD - DESCENDENTS

TRIBAL ENROLLMENT

DATE: _11-05-01_

SS#: _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_

DOB: _09-20-67_

I hereby certify that _____ Cater Daniel Carroll, III _____ is the

son of _____ Patricia G. (Ray) Chadwick _____ who is a

member of the Pueblo of Laguna Tribe.

_____ Patricia G. (Ray) Chadwick _____ is listed as being _5/8_ degree

Indian. Tribal Identification No. _04-1848_    (1/2 Laguna, 1/8 Shoshone-Bannock)

_____ Cater Daniel Carroll, III _____ is _5/16_ degree Indian.

_____
Authorized Tribal Official

SEAL

_____
Tribal Secretary
**Title**

Exhibit 1 - one

## Affidavit

### State of Oregon, County of Multnomah

My current legal name is Daniel Carroll, and my current occupation is Sales. I am presently 48 years old, and my current address of residence is 388 S E 194th Apt. 239, Portland, Oregon 97233.

11-12-2014, I Daniel Carroll request a hearing, appeal or reconsideration. on discontinuing my health care from NARA. I'm a tribal member and it would cause a hardship and cruel and undue punishment. I would like to request a formal meeting and hearing from the Federal Government that funds NARA for assisting individuals like myself with extreme need for medical treatment and to receive prescribed medication. I'm currently taking ten different medications daily.To try to attempt to take a three hour round trip to another Federally Funded clinic would cause a real hardship, being I may not have transportation or gas money for such a trip on a monthly basis. As doctor Gowen has recently stated in writing I now have stress that he believes I need to address and may need treatment for. NARA decision to drop me without warning or a reason has caused additional stress. I need my medications for my overall health. This is an extremely stressful matter that I'm confused and scared. Please Reconsider your decision and lets bring in the Federal Government which funds NARA to listen to both sides. If I don't have my medication It could lead to my death.

I was told someone would put in writing if my son was also being refused service. These are serious matters and this is not the time for someone at NARA who has a vendetta against me to put my son and I, health at risk. I don't think I have to mention that CARE Oregon's Insurance has been a nightmare for thousands of Oregonians. At this point I'm not sure what's going on with my health care. If NARA is not going to give me a hearing or consult with the Government or other agencies that fund NARA, I will need at least one to two hours to try to understand what I need to do going forward. The medications I currently take are: 1) Proventil 2) Servent Diskus 3) Qvar 4) Fluticaone,5) Loratadine 6)Amitriptyline 7)Omeprazole 8) I. B. Profin 9) Vicodene, 10) Morifin -15.

I left a message with Rosa today 11-12-14 on my prescription's for November. At this time I have no idea what's going on now or in the future. I would like a form to appeal your decision. Daniel Carroll.

I hereby state that the information above is true, to the best of my knowledge. I also confirm that the information here is both accurate and complete, and relevant information has not been omitted.

**Signature of Individual**

**Date**

11- 12- 2014

Exhibit 2

**Notary Public**

11/12/2014

Verified Correct Copy of Original 1/27/2017



OFFICIAL STAMP
KRISTIANA LYNN MILLER
NOTARY PUBLIC - OREGON
COMMISSION NO. 923666
MY COMMISSION EXPIRES JANUARY 09, 2018

Title And Rank

Notary Public - Oregon

Date Of Commission Expiry

January 09, 2018

Verified Correct Copy of Original 1/27/2017

11/12/2014

**Page 8 - Exhibit 3**

Verified Correct Copy of Original 1/27/2017

Daniel Carroll                                              02-04-2016
388 S E 194th #239
Portland, Or 97233
971-212-2592
d-carroll01@hotmail.com


Allyson, Lecatsas
Health Director
NARA NW
15 N. Morris St.
Portland, Or 97212
503-230-9875


Dear Mrs. Lecatus,

I, Daniel Carroll request all of my written communication to NARA including, grievances, certified letters and all forms of communication I have submitted to NARA while I was a patient.

I have requested this information over eighteen times.

Attorney at law Mr. Mackin has also requested this information.

In the past NARA has provided some documentation leaving out the rest. When I have made a written request for all documents NARA has then provided more documentation but never providing all the information I requested and have been requesting.


This letter has been faxed to:  503-230-9877

This letter has also been mailed by U.S. Mail


Sincerely,

Daniel Carroll


Exhibit 3

2/14/2017 2:18:07 PM
17CV03446

1

2

3

4              IN THE CIRCUIT COURT OF THE STATE OF OREGON

5                   FOR THE COUNTY OF MULTNOMAH

6   DANIEL CARROLL,

7              Plaintiff,                    No. 17CV03446

8        v.                                   DEFENDANT'S NOTICE OF
                                             APPEARANCE
9   NATIVE AMERICAN REHABILITATION
    ASSOCIATION, an Oregon corporation,
10  dba NARA,

11             Defendant.

12

13       NOTICE IS HEREBY GIVEN that defendant Native American Rehabilitation

14  Association dba NARA ("NARA") intends to enter an appearance in this action through its

15  counsel, Reilley D. Keating and Kelly Knivila of Stoel Rives LLP.  This notice is provided

16  without waiving any of NARA's defenses, including but not limited to defenses based on

17  insufficient service of process, statutes of limitations or lack of jurisdiction.

18

19       DATED:  February 14, 2017.
                                        STOEL RIVES LLP
20

21

22                                      /s/ Reilley D. Keating
                                        REILLEY D. KEATING, OSB No. 073762
                                        reilley.keating@stoel.com
23                                      KELLY KNIVILA, OSB No. 923583
                                        kelly.knivila@stoel.com
24
                                        Attorneys for Plaintiff
25

26

Page 1   -   DEFENDANT'S NOTICE OF APPEARANCE

STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000, Portland, OR  97205
Main 503.224.3380    Fax 503.220.2480

90769067.1 0046013-00016

# CERTIFICATE OF SERVICE

1

2

3

I hereby certify that I served the foregoing **DEFENDANT'S NOTICE OF APPEARANCE** on the following named person(s) on the date indicated below by:

4    ☒    mailing with postage prepaid

5    ☐    hand delivery

6    ☐    facsimile transmission

7    ☐    overnight delivery

8    ☐    Email

9

10    to said person(s) a true copy thereof, contained in a sealed envelope, if by mail, addressed to said person(s) at his or her last-known address(es) indicated below.

11

12    Daniel Carroll
      388 S.E. 194th #239
13    Portland, OR 97233

14

DATED:  February 14, 2017.

15                                STOEL RIVES LLP

16

17                                _/s/ Reilley D. Keating_
                                  REILLEY D. KEATING, OSB No. 073762
18                                reilley.keating@stoel.com
                                  KELLEY KNIVILA, OSB No. 923583
19                                kelley.knivila@stoel.com

20                                Attorneys for Plaintiff

21

22

23

24

25

26

Page 1    -    CERTIFICATE OF SERVICE

90769286.1 0046013-00016

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF MULTNOMAH
1021 SW 4TH AVENUE, PORTLAND OR 97204
ARBITRATION DEPARTMENT
503-988-3022, OPTION 3

**Daniel Carroll**
**vs**
**Native American Rehabilitation**
**Association**

**Case No:** 17CV03446

**ORDER TRANSFER TO**
**ARBITRATION**

**IT IS HEREBY ORDERED** that the above-captioned case be transferred to Multnomah County Arbitration for all purposes.

The parties have 21 days to agree on an arbitrator (from the attached list or otherwise) and a hearing date. The hearing date must be within 91 days from the assignment to arbitration (the date of this order). It is the plaintiff's responsibility to contact the defendant(s) to reach an agreement on an arbitrator, but if the plaintiff is unrepresented, the attorney for the defendant shall take the initiative in the selection process.

If the parties reach an agreement on an arbitrator and a hearing date, they must inform the court of their agreement by the end of the 21 days allowed. The Notice of Selection of Arbitrator and Setting of Date for Hearing form is located on the court's website at http://courts.oregon.gov/Multnomah/docs/civilcourt/courtmandatoryarbitrationforms_30_20 _link8.pdf

If no agreement is reached, each party should submit to the court, with proof of service on the other side, a copy of the list of proposed arbitrators with no more than two names marked off. The court will appoint an arbitrator from the unmarked names on the list.

Unless the parties have agreed otherwise in advance, an appointed arbitrator may charge no more than $125/per hour, with a maximum fee of $1,000, which shall be paid in equal shares by the parties.

If any party believes this case should not have been assigned to the arbitration program, that party must file a Motion for Exemption from Arbitration within 14 days of assignment.

February 22, 2017
Date

Nan G. Waller, Presiding Judge

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF MULTNOMAH
1021 SW 4th Ave, Portland, OR  97204
Arbitration Department
503-988-3022, Option 3

February 22, 2017

Daniel Carroll
388 SE 194th #239
Portland OR  97233

Re: Daniel Carroll vs Native American Rehabilitation Association
Case #: 17CV03446    Tort - General

### NOTICE OF ASSIGNMENT TO ARBITRATION

The parties have **21 days** to agree on an arbitrator (from the attached list or otherwise) and a hearing date.  The hearing date must be within 91 days from the assignment to arbitration (the date of this notice).  It is the plaintiff's responsibility to contact the defendant(s) to reach an agreement on an arbitrator, but if the plaintiff is unrepresented, the attorney for the defendant shall take the initiative in the selection process.

If the parties reach an agreement on an arbitrator and a hearing date, they must inform the court of their agreement by the end of the 21 days allowed.  The Notice of Selection of Arbitrator and Setting of Date for Hearing form is located on the court's website at http://courts.oregon.gov/Multnomah/docs/CivilCourt/CourtMandatoryArbitrationForms_30_20_Link8.pdf

If no agreement is reached, each party should submit to the court, with proof of service on the other side, a copy of the list of proposed arbitrators with no more than two names marked off.  The court will appoint an arbitrator from the unmarked names on the list.

Unless the parties have agreed otherwise in advance, an appointed arbitrator may charge no more than $125/per hour, with a maximum fee of $1,000, which shall be paid in equal shares by the parties.

If any party believes this case should not have been assigned to the arbitration program, that party must file a Motion for Exemption from Arbitration within 14 days of assignment.

If a language or sign interpreter is needed for arbitration, the interpreter will be provided under ORS 45.275, and MUST be scheduled by Interpreter Services http://courts.oregon.gov/CIS UTCR 7.070 requires you to make the request at least four business days in advance of the scheduled proceeding.

 **Oregon Judicial Department**

Fourth Judicial District

February 21, 2017

| Randomly Selected Arbitrators For This Case: | 17CV03446 | Page 1 of 1 |
|---|---|---|

IF THE PARTIES ARE UNABLE TO AGREE ON AN ARBITRATOR AND A HEARING DATE WITHIN THE 21 DAYS ALLOWED, EACH PARTY SHOULD RETURN THEIR COPY OF THIS FORM TO THE COURT. EACH PARTY MAY STRIKE NO MORE THAN TWO NAMES. DO NOT MARK PREFERRED NAMES, MARK ONLY THOSE YOU OBJECT TO. STRIKES MUST BE REPORTED TO THE COURT WITHIN THE ALLOWED 21 DAYS OR THEY WILL NOT BE CONSIDERED WHEN THE COURT APPOINTS AN ARBITRATOR.

**Leiberan, Margaret H Leek**
Jensen & Leiberan PC
10300 SW Greenburg Rd Ste 300

Portland          OR      97223

Phone No:    503 641-7990
Fax No:
EMail:       leiberan@jensen-leiberan.com
Bar Number:  770468

**DUMAS, GILION C**
Dumas Law Group
516 SE Morrison St Ste 309

Portland          OR      97214

Phone No:    503 952-6789
Fax No:
EMail:       gilion@dumaslawgroup.com
Bar Number:  922932

**HAILE, BENJAMIN WRIGHT**
Portland Law Collective
1130 SW Morrison Ste 407

Portland          OR      97205

Phone No:    503 228-1889
Fax No:      503-223-4518
EMail:       ben@portlandlawcollective.com
Bar Number:  040660

**WRAY, DEANNA L**
Bodyfelt Mount LLP
319 SW Washington St Ste 1200

Portland          OR      97204

Phone No:    503 243-1022
Fax No:
EMail:       wray@bodyfeltmount.com
Bar Number:  974423

**SCHROER, JANET M**
HART WAGNER LLP
1000 SW BROADWAY STE 2000

PORTLAND          OR      97205

Phone No:    503 222-4499
Fax No:      503-222-2301
EMail:       jms@hartwagner.com
Bar Number:  813645

**THAYER, WILLIAM K**
SCHAUERMANN THAYER JACOBS
1700 E 4TH PLAIN BLVD

VANCOUVER         WA      98661

Phone No:    360 695-4244
Fax No:      360-696-0583
EMail:       billt@stjs.com
Bar Number:  066900

**KNOWLES, JOHN S**
Brisbee & Stockton LLC
139 NE Lincoln St
PO Box 567
Hillsboro          OR      97123

Phone No:    503 648-6677
Fax No:
EMail:       jsk@brisbeeandstockton.com
Bar Number:  940354

*Count of selected arbitrators for this case number:*                    7

1

2

3

4                    IN THE CIRCUIT COURT OF THE STATE OF OREGON

5                        FOR THE COUNTY OF MULTNOMAH

6  DANIEL CARROLL,

7              Plaintiff,                    No. 17CV03446

8        v.                                  DEFENDANT'S MOTION FOR
                                             EXTENSION OF TIME TO SELECT AN
9  NATIVE AMERICAN REHABILITATION            ARBITRATOR
   ASSOCIATION, an Oregon corporation,
10 dba NARA,

11             Defendant.

12

13                            **MOTION**

14        Defendant Native American Rehabilitation Association of the Northwest, Inc.

15 ("NARA") requests that the Court extend the time for NARA to select an Arbitrator.

16 Specifically, NARA requests that the Court grant an additional 60 days, or until May 15,

17 2017, to select an arbitrator.  This motion is supported by the following points and authorities

18 and the declaration of Reilley D. Keating ("Keating Decl.").

19                    **POINTS AND AUTHORITIES**

20        On November 30, 2016, plaintiff Daniel Carroll ("Plaintiff") filed two complaints in

21 the Multnomah County Small Claims Department—Case Nos. 16SC48933 and 16SC48934

22 (the "Small Claims Cases").  On December 19, 2016, NARA filed a Motion to Dismiss or,

23 Alternatively, Consolidate each of the Small Claims Cases and, if not dismissed, requested a

24 jury trial in both cases.  On December 29, 2016, Multnomah County Circuit Court Judge

25 Steven A. Todd entered orders (the "Orders") in both of the Small Claims Cases granting the

26 motion to consolidate, denying the motion to dismiss, and transferring the cases to the Circuit

STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000, Portland, OR 97205
Main 503.224.3380   Fax 503.220.2480

Page 1   -   DEFENDANT'S MOTION FOR EXTENSION OF TIME TO SELECT AN
              ARBITRATOR

1  Court.  (*See* Keating Decl., Ex. 1.)  Also by letter dated December 29, 2016, the court clerk

2  provided notice to Plaintiff that each of the Small Claims Cases was being transferred to

3  circuit court and, consistent with ORS 46.465(3), provided that Plaintiff had 20 days to file a

4  formal complaint with the court.  (*See* Keating Decl., Ex. 2.)  The Orders, however, each

5  stated that Plaintiff had 30 days to file a formal complaint with the circuit court.  (*See*

6  Keating Decl., Ex. 1.)

7        On January 27, 2017, Plaintiff filed the Complaint in this action.[1]  No separate proof

8  of service was filed, as required by ORS 46.465(3), and NARA does not have a record of

9  having received a copy of the Complaint at the address listed in the motions to dismiss

10  NARA filed in the Small Claims Cases.  However, NARA independently learned that the

11  Complaint had been filed and, out of an abundance of caution and without waiver of any

12  objections (including improper service), NARA's attorneys filed a Notice of Appearance on

13  February 14, 2017.  NARA's counsel then received a copy of the Complaint on February 15,

14  2017 via certified mail.  (Keating Decl. ¶ 4.)

15        NARA has submitted a copy of the Complaint to the U.S. Department of Health and

16  Human Services ("DHHS") for a determination as to whether the allegations in the

17  Complaint fall within the scope of coverage provided to NARA under the Federal Tort

18  Claims Act.  42 U.S.C. § 233(c); 28 C.F.R. § 15.4. (Keating Decl. ¶ 5.)  If DHHS determines

19  that it does, then the action may be deemed a tort action brought against the United States

20  under the Federal Tort Claims Act, and the United States of America would have grounds to

21  assume defense of the matter and remove this action to federal court.  *See* 42 U.S.C. § 233(c).

22

23

24

25  _____

26  [1] The Complaint was filed 29 days after the mailing of the clerk's notice of NARA's demand
for a jury trial.  Thus, the Complaint was not timely filed in accordance with ORS 46.465(3).

STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000, Portland, OR  97205
Main 503.224.3380    Fax 503.220.2480

Page 2   -    DEFENDANT'S MOTION FOR EXTENSION OF TIME TO SELECT AN
                ARBITRATOR

91152399.1 0046013-00016

1    It is NARA's understanding that DHHS requires at least 60 days to review relevant

2   documents and make its determination.  Therefore, NARA requests a 60-day extension of

3   time, or until May 15, 2017, for the parties to select an arbitrator.

4

5    DATED:  March 7, 2017.

STOEL RIVES LLP

6

7

/s/ Reilley D. Keating
8   REILLEY D. KEATING, OSB No. 073762
reilley.keating@stoel.com
9   KELLY KNIVILA, OSB No. 923583
kelly.knivila@stoel.com
10

Attorneys for Defendant
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000, Portland, OR  97205
Main 503.224.3380    Fax 503.220.2480

Page 3    -    DEFENDANT'S MOTION FOR EXTENSION OF TIME TO SELECT AN
ARBITRATOR

91152399.1 0046013-00016

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **DEFENDANT'S MOTION FOR EXTENSION OF TIME TO SELECT AN ARBITRATOR** on the following named person(s) on the date indicated below by:

☒  mailing with postage prepaid

☐  hand delivery

☐  facsimile transmission

☐  overnight delivery

☐  Email

☒  notice of electronic filing using the Odyssey system

Daniel Carroll
388 SE 194th Ave., #239
Portland, OR 97233

DATED: March 7, 2017.

STOEL RIVES LLP

*/s/ Reilley D. Keating*
REILLEY D. KEATING, OSB NO. 073762
reilley.keating@stoel.com
KELLY KNIVILA, OSB NO. 923583
kelly.knivila@stoel.com

Attorneys for Defendant

Page 1   -   CERTIFICATE OF SERVICE

91178573.1 0046013-00016

3/7/2017 4:25:43 PM
17CV03446

1

2

3

4        IN THE CIRCUIT COURT OF THE STATE OF OREGON

5              FOR THE COUNTY OF MULTNOMAH

6   DANIEL CARROLL,

7              Plaintiff,                          No. 17CV03446

8        v.                                        DECLARATION OF REILLEY D.
                                                   KEATING IN SUPPORT OF
9   NATIVE AMERICAN REHABILITATION               DEFENDANT'S MOTION FOR
    ASSOCIATION, an Oregon corporation,          EXTENSION OF TIME TO SELECT AN
10  dba NARA,                                      ARBITRATOR

11             Defendant.

12

13       I, REILLEY D. KEATING, declare under penalty of perjury the following:

14       1.      I am attorney in the Portland office of Stoel Rives LLP.  My firm represents

15  Native American Rehabilitation Association of the Northwest, Inc. ("NARA") in the above-

16  captioned matter.  I make this declaration based on personal knowledge or information

17  provided to me by others, which I believe to be true and correct.  I am over the age of 18 and

18  am competent to testify to the matters stated herein.

19       2.      Attached hereto as Exhibit 1 are true and correct copies of Orders dated

20  December 29, 2016, in the cases captioned, *Daniel Carroll v. Native American Rehabilitation*

21  *Associate*, Multnomah County Circuit Court, Case No. 16SC48933 (the "933 Small Claims

22  Court Case"), and *Daniel Carroll v. Native American Rehabilitation Associate*, Multnomah

23  County Circuit Court, Case No. 16SC48934 (the "934 Small Claims Court Case").

24       3.      Attached hereto as Exhibit 2 are letters dated December 29, 2016 titled,

25  "Notice of Transfer to Circuit Court: Defendant's Request for a Jury Trial" and issued in the

26  933 Small Claims Court Case and the 934 Small Claims Court Case.

Page 1   -    DECLARATION OF REILLEY D. KEATING IN SUPPORT OF DEFENDANT'S
              MOTION FOR EXTENSION OF TIME TO SELECT AN ARBITRATOR

91155894.1 0046013-00016

STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000, Portland, OR  97205
Main 503.224.3380    Fax 503.220.2480

1      4.      My firm received a copy of the complaint filed in this action via certified mail

2  on February 15, 2017.

3      5.      NARA has submitted a copy of the complaint filed in this action to the U.S.

4  Department of Health and Human Services for a determination as to whether the allegations

5  in the Complaint fall within the scope of coverage provided to NARA under the Federal Tort

6  Claims Act.

7      **I hereby declare that the above statement is true to the best of my knowledge**

8  **and belief and that I understand it is made for use as evidence in court and is subject to**

9  **penalty for perjury.**

10      DATED:  March 7, 2017.

11                                    */s/ Reilley D. Keating*_____

12                                    Reilley D. Keating, OSB No. 073762

13

14

15

16

17

18

19

20

21

22

23

24

25

26



Page 2    -    DECLARATION OF REILLEY D. KEATING IN SUPPORT OF DEFENDANT'S
              MOTION FOR EXTENSION OF TIME TO SELECT AN ARBITRATOR

91155894.1 0046013-00016

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF MULTNOMAH
1021 SW Fourth Avenue  Portland Oregon  97204

**Case No:** 16SC48933

Daniel Carroll
_____

                              Plaintiff            **ORDER**

            v.

Native American Rehabilitation Association
_____
                              Defendant


**The court orders:**

**Defendant's motion to consolidate this case with 16SC48934 is granted.
Defendant's motion to dismiss is denied with leave to renew it if and when that
may be appropriate.**

**Defendant has demanded a jury trial and has requested this case be moved to
general circuit court jurisdiction. Plaintiff shall have 30 days to file a formal
complaint and otherwise comply with ORS 46.465 (3).**


Signed: 12/29/2016 11:06:44 AM

_____          ~Circuit Court Judge Steven A. Todd~

EXHIBIT 1
Page 1 of 2
**Page 21 - Exhibit 3**

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF MULTNOMAH
1021 SW Fourth Avenue  Portland Oregon  97204

**Case No:** 16SC48934

Daniel Carroll
_____
                                    Plaintiff            **ORDER**

                    v.

Native American Rehabilitation Association
_____
                                    Defendant

**The court orders:**

**Defendant's motion to consolidate this case with 16SC48933 is granted.
Defendant's motion to dismiss is denied with leave to renew it if and when that
may be appropriate.**

**Defendant has demanded a jury trial and has requested this case be moved to
general circuit court jurisdiction. Plaintiff shall have 30 days to file a formal
complaint and otherwise comply  with ORS 46.465 (3).**

Signed: 12/29/2016 11:04:08 AM

_____        _____
                                        Circuit Court Judge Steven A. Todd

EXHIBIT 1
Page 2 of 2
Page 22 - Exhibit 3

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF MULTNOMAH
1021 SW Fourth Avenue  Portland Oregon  97204
503-988-3022, option 1                    http://courts.oregon.gov/multnomah

December 29, 2016

Daniel Carroll
388 SE 194th #239
Portland OR  97233

Re: Daniel Carroll vs Native American Rehabilitation Association
Case #: 16SC48933    Case Type: Small Claims - General

**Notice of Transfer to Circuit Court: Defendant's Request for a Jury Trial**

In the case listed above, the **Defendant(s)** has requested a jury trial. From the day this notice is mailed, <u>you have 20 days to</u>*:

1. File a formal complaint with the court
2. Serve the defendant by mail a summons and copy of the complaint at the address the defendant submitted to the court
3. File the certificate of service with the court
4. Pay additional filing fees

\*\*The formal complaint is not limited to the amount claimed in the small claim, but if it is increased, the request should be the same matter.

**If <u>all</u> of the steps above are not completed, the case will be returned to small claims court, reinstated, and dismissed.**

*Pursuant to ORS 46.465

EXHIBIT 2
Page 1 of 2
**Page 23 - Exhibit 3**

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF MULTNOMAH
1021 SW Fourth Avenue  Portland Oregon  97204
503-988-3022, option 1                              http://courts.oregon.gov/multnomah

December 29, 2016

Daniel Carroll
388 SE 194th #239
Portland OR  97233

Re: Daniel Carroll vs Native American Rehabilitation Association
Case #: 16SC48934    Case Type: Small Claims - General

### Notice of Transfer to Circuit Court: Defendant's Request for a Jury Trial

In the case listed above, the **Defendant(s)** has requested a jury trial. From the day this notice is mailed, <u>you have 30 days to</u>*:

1. File a formal complaint with the court

2. Serve the defendant by mail a summons and copy of the complaint at the address the defendant submitted to the court

3. File the certificate of service with the court

4. Pay additional filing fees

**The formal complaint is not limited to the amount claimed in the small claim, but if it is increased, the request should be the same matter.

**If <u>all</u> of the steps above are not completed, the case will be returned to small claims court, reinstated, and dismissed.**

*Pursuant to ORS 46.465

EXHIBIT 2
Page 2 of 2
**Page 24 - Exhibit 3**

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **DECLARATION OF REILLEY D. KEATING IN SUPPORT OF DEFENDANT'S MOTION FOR EXTENSION OF TIME TO SELECT AN ARBITRATOR** on the following named person(s) on the date indicated below by:

☒ mailing with postage prepaid

☐ hand delivery

☐ facsimile transmission

☐ overnight delivery

☐ Email

☒ notice of electronic filing using the Odyssey system


Daniel Carroll
388 SE 194th Ave., #239
Portland, OR  97233


DATED:  March 7, 2017.

                                STOEL RIVES LLP

                                */s/ Reilley D. Keating*
                                REILLEY D. KEATING, OSB NO. 073762
                                reilley.keating@stoel.com
                                KELLY KNIVILA, OSB NO.  923583
                                kelly.knivila@stoel.com

                                Attorneys for Defendant

**STOEL RIVES LLP**
760 SW Ninth Avenue, Suite 3000, Portland, OR  97205
*Main (503) 224-3380    Fax (503) 220-2480*

Page 1   -   CERTIFICATE OF SERVICE

91178573.1 0046013-00016

**Page 25 - Exhibit 3**

03-07-2017

Daniel Carroll

388 S.E 194th #239

Portland, OR 97233

971-212-2592

_Verified Correct Copy of Original 3/10/2017_

4TH JUDICIAL DIST.

17 MAR 10 AM 9: 31

FILED

17CV03446
ABRN
Arbitration - Response
6781885

Re: Daniel Carroll vs. Native American
Rehabilitation Association

Case # 17CV03446

To the Circuit Court of the State of Oregon
For The County of Multnomah

Notice of Assignment to Arbitration

The defendants Attorneys have not made
an Attempt to contact me to try and
Select an Arbitrator, I have enclosed
Two names that I have marked off the
list.

Thank you.  D A Cll

Note: I have sent a letter to the Attorneys
Representing NARA- based on this letter.
With this copy Sent. Also marked off names.

**Page 26 - Exhibit 3**

Verified Correct Copy of Original 3/10/2017

# FAX

TO: _____     From: _____

Fax: _____     Pages: _____

Phone: _____     Date: _____

Re: _____     CC: _____

☐ Urgent     ☐ For Review     ☐ Please Comment     ☐ Please Reply     ☐ Please Recycle

Comments:

*OTher Side Please*

US-DOD COPY

Daniel Carroll
388 S.E. 194th #239
Portld. OR 97233
971-212-2592


ATT: Reilly D. Keating
Stoel Rives LLP
760 S.W. 9th Ave. Ste 3000
Portld. OR 97205

Re: Daniel Carroll vs. Native American Rehabilitation
Association
Case # 17CV03446


Dear mr. Keating " I have turned in my
Selection to the Assignment of Arbitration.

If you would like to share with me your
Choice, you may contact me at 971-212-2592
Maybe we can Agree o

Thks.

DACll

_Verified Correct Copy of Original 3/10/2017_



**Oregon Judicial Department**

Fourth Judicial District

February 21, 2017

_Verified Correct Copy of Original 3/10/2017__

| Randomly Selected Arbitrators For This Case: | 17CV03446 | Page 1 of 1 |

IF THE PARTIES ARE UNABLE TO AGREE ON AN ARBITRATOR AND A HEARING DATE WITHIN THE 21 DAYS ALLOWED, EACH PARTY SHOULD RETURN THEIR COPY OF THIS FORM TO THE COURT. EACH PARTY MAY STRIKE NO MORE THAN TWO NAMES. DO NOT MARK PREFERRED NAMES, MARK ONLY THOSE YOU OBJECT TO. STRIKES MUST BE REPORTED TO THE COURT WITHIN THE ALLOWED 21 DAYS OR THEY WILL NOT BE CONSIDERED WHEN THE COURT APPOINTS AN ARBITRATOR.

**Leiberan, Margaret H Leek**
Jensen & Leiberan PC
10300 SW Greenburg Rd Ste 300

Portland            OR    97223

| | |
|---|---|
| Phone No: | 503 641-7990 |
| Fax No: | |
| EMail: | leiberan@jensen-leiberan.com |
| Bar Number: | 770468 |

**DUMAS, GILION C**
Dumas Law Group
516 SE Morrison St Ste 309

Portland            OR    97214

| | |
|---|---|
| Phone No: | 503 952-6789 |
| Fax No: | |
| EMail: | gilion@dumaslawgroup.com |
| Bar Number: | 922932 |

**HAILE, BENJAMIN WRIGHT**
Portland Law Collective
1130 SW Morrison Ste 407

Portland            OR    97205

| | |
|---|---|
| Phone No: | 503 228-1889 |
| Fax No: | 503-223-4518 |
| EMail: | ben@portlandlawcollective.com |
| Bar Number: | 040660 |

**WRAY, DEANNA L**
Bodyfelt Mount LLP
319 SW Washington St Ste 1200

Portland            OR    97204

| | |
|---|---|
| Phone No: | 503 243-1022 |
| Fax No: | |
| EMail: | wray@bodyfeltmount.com |
| Bar Number: | 974423 |

**SCHROER, JANET M**
HART WAGNER LLP
1000 SW BROADWAY STE 2000

PORTLAND            OR    97205

| | |
|---|---|
| Phone No: | 503 222-4499 |
| Fax No: | 503-222-2301 |
| EMail: | jms@hartwagner.com |
| Bar Number: | 813645 |

**THAYER, WILLIAM K**
SCHAUERMANN THAYER JACOBS
1700 E 4TH PLAIN BLVD

VANCOUVER            WA    98661

| | |
|---|---|
| Phone No: | 360 695-4244 |
| Fax No: | 360-696-0583 |
| EMail: | billt@stjs.com |
| Bar Number: | 066900 |

**KNOWLES, JOHN S**
Brisbee & Stockton LLC
139 NE Lincoln St
PO Box 567
Hillsboro            OR    97123

| | |
|---|---|
| Phone No: | 503 648-6677 |
| Fax No: | |
| EMail: | jsk@brisbeeandstockton.com |
| Bar Number: | 940354 |

Count of selected arbitrators for this case number:                    7

Verified Correct Copy of Original 3/15/2017

**IN The Circuit Court Of The State Of Oregon**

**For The County Of Multnomah**

FILED
17 MAR 13 PH 3:19
CIRCUIT COURT
FOR MULTNOMAH COUNTY

Daniel Carroll,
      **Plaintiff**

                                     **Case No. 17cv03446**

                                     **Plaintiff's Motion For**
                                     **Denial Of Extension To Select**
                                     **An Arbitrator**

      **V.**

Native American Rehabilitation
Association, an Oregon Corporation,
Dba NARA
             **Defendant**

## Motion

 Plaintiff, request a denial of time to the defendants and ask the courts to move forward with the 21 day time frame given to both parties to select an arbitrator or provide the courts with two names marked off the given list.

The original claim was filed in small claims court in the county of Multnomah. The claim is within the statute of limitations and is a valid claim

It was the defendants wish to take this claim out of small claims court.

The defendants law firm has seasoned attorneys with unlimited resources and money going up against pro se, none attorney (Daniel Carroll) with limited resources. If Plaintiff is and has followed the courts decisions to move forward with arbitration, so should the defendants.

Plaintiff objects to the defendants attorneys willfully trying to line their pockets and causing delay without merits. I hope they don't need time to try to bribe anyone or falsify the facts.

17CV03446
MO
Motion
6800317

Verified Correct Copy of Original 3/15/2017

It is Plaintiffs understanding that all small claims cases in Multnomah County fewer than 10.000 do have a right to be tried in court without prejudice and without combination.

Since the courts have moved to combine and move forward with arbitration, Plaintiff agrees.

To: the Honorable Judge,

I pray you move for an immediate continuance.

A copy of this letter has been sent to the attorneys of NARA at:

Stoel and Rives llp
760 S W 9th Ave.  Suite 3000
Portland, Or 97233

Daniel Carroll

1

2

3

4                    IN THE CIRCUIT COURT OF THE STATE OF OREGON

5                        FOR THE COUNTY OF MULTNOMAH

6    DANIEL CARROLL,

7              Plaintiff,                        No. 17CV03446

8        v.                                       DEFENDANT'S RESPONSE TO: (1)
                                                  PLAINTIFF'S RESPONSE REGARDING
9    NATIVE AMERICAN REHABILITATION               ARBITRATOR SELECTION AND (2)
     ASSOCIATION, an Oregon corporation,          PLAINTIFF'S MOTION FOR DENIAL
10   dba NARA,                                    OF EXTENSION TO SELECT AN
                                                  ARBITRATOR
11             Defendant.

12

13        Defendant Native American Rehabilitation Association of the Northwest, Inc.

14   ("NARA") submits the following response to the document filed by Plaintiff Daniel Carroll

15   ("Plaintiff") on March 10, 2017 regarding the selection of an arbitrator and his "motion" for

16   denial of extension of an arbitrator filed on March 13, 2017.

17        On March 7, 2017, NARA filed a motion seeking an extension of the time for the

18   parties to select an arbitrator because NARA has submitted the Complaint to the U.S.

19   Department of Health and Human Services for a determination as to whether this action may

20   be deemed a tort action brought against the United States under the Federal Tort Claims Act.

21   If this action may be so deemed, then the United States may have grounds to remove the case

22   to federal court.

23        Once the parties have selected an arbitrator, the arbitration process necessarily will

24   commence and the parties will incur costs in connection with that process.  These costs

25   would be unnecessary, however, if the United States determines that it has grounds to remove

26   this case to federal court.  Accordingly, in the interests of judicial economy and fairness, and

STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000, Portland, OR  97205
Main 503.224.3380    Fax 503.220.2480

Page 1   -   DEFENDANT'S MOTION FOR EXTENSION OF TIME TO SELECT AN
               ARBITRATOR

1  to preserve resources, the Court should rule on NARA's motion before requiring the parties

2  to select an arbitrator.  If NARA's motion is granted, then the selection deadline will be

3  extended.  If the motion is not granted, then NARA requests a reasonable amount of time to

4  submit a response or confer with Plaintiff regarding the arbitrators whom NARA would be

5  willing to select.  If the Court decides that an arbitrator must be selected now, from the list

6  provided by the Court and after consideration of Plaintiff's submitted response, NARA

7  would agree to the appointment of Margaret H. Leek Leiberan as the arbitrator.

8       Finally, Plaintiff apparently filed a "Motion for Denial of Extension to Select an

9  Arbitrator" on March 13, 2017.  That "motion" appears to be a response to NARA's motion

10  seeking an extension of time to select an arbitrator and reflects Plaintiff's misunderstanding

11  of NARA's request.  NARA is not asking that this case, if it remains in Circuit Court, to not

12  be subject to the mandatory arbitration rules.  Rather, NARA is asking for additional time

13  before the parties must select an arbitrator because of the possibility that this case may be

14  removed to federal court.

15       DATED:  March 15, 2017.

                                    STOEL RIVES LLP

16

17

18       _/s/ Reilley D. Keating_____
         REILLEY D. KEATING, OSB No. 073762
         reilley.keating@stoel.com
19       KELLY KNIVILA, OSB No. 923583
         kelly.knivila@stoel.com
20
         Attorneys for Defendant
21

22

23

24

25

26

STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000, Portland, OR  97205
Main 503.224.3380   Fax 503.220.2480

Page 2    -    DEFENDANT'S MOTION FOR EXTENSION OF TIME TO SELECT AN
                   ARBITRATOR

91288205.1 0046013-00016

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **DEFENDANT'S RESPONSE TO : (1) PLAINTIFF'S RESPONSE REGARDING ARBITRATOR SELECTION AND (2) PLAINTIFF'S MOTION FOR DENIAL OF EXTENSION TO SELECT AN ARBITRATOR** on the following named person(s) on the date indicated below by:

☒ mailing with postage prepaid

☐ hand delivery

☐ facsimile transmission

☐ overnight delivery

☐ Email

☒ notice of electronic filing using the Odyssey system

Daniel Carroll
388 SE 194th Ave., #239
Portland, OR  97233

DATED:  March 15, 2017.

STOEL RIVES LLP

*/s/ Reilley D. Keating*
REILLEY D. KEATING, OSB NO. 073762
reilley.keating@stoel.com
KELLY KNIVILA, OSB NO.  923583
kelly.knivila@stoel.com

Attorneys for Defendant

STOEL RIVES LLP

760 SW Ninth Avenue, Suite 3000, Portland, OR  97205
Main (503) 224-3380    Fax (503) 220-2480

Page 1  -  CERTIFICATE OF SERVICE

91178573.1 0046013-00016

# IN THE CIRCUIT COURT OF THE STATE OF OREGON

41ʰ JUDICIAL DIST.

17 MAR 22 PM 1:30

## FOR THE COUNTY OF MULTNOMAH

FILED

| | |
|---|---|
| **Daniel Carroll** | **PRO SE** |
| **Plaintiff,** | **No. 17cv03446** |
| | |
| **V.** | **PLAINTIF'S 2nd MOTION** |
| | **FOR DENIAL OF EXTENSION** |
| **NATIVE AMERICAN REHABILITATION** | |
| **ASSOCIATION (NARA),** | |
| **Defendant** | |

The plaintiff requests the courts to refuse the defendants second motion for extension of time.

The defendants had this case removed from small claims court several month ago and should be ready for any recommendations by the courts.

Defendants had over three months to prepare and have questions answered by the United States or any other agencies. Plaintiff argument is that the defendant has a high powered law firm with unlimited resources and knowledge and it is not reasonable to continue to ask for more time against a non-attorney, pro se (Daniel Carroll).

Plaintiff, request for a continuance of the courts with arbitration.

The defendants claim of trying to save me money that would be lost? If the defendants were truly interested in my welfare we wouldn't be a need for either side to file any motions.

A copy of this motion has been sent by U. S. Mail, to: Stoel,Rives LLP760 s w 9th ave. Portland, or 97205

On 03-07-2017, I sent the courts and Stoel, Rives LLP a copy of two names marked off the list for arbitration provided by The Circuit Courts.

DATED: MARCH 20, 2017

                    Daniel Carroll (Pro Se)



17CV03446
MO
Motion
6866680

Verified Correct Copy of Original 3/23/2017

4/6/2017 4:41:17 PM
17CV03446

1

2

3

4                IN THE CIRCUIT COURT OF THE STATE OF OREGON

5                    FOR THE COUNTY OF MULTNOMAH

6  DANIEL CARROLL,

7              Plaintiff,                  No. 17CV03446

8        v.                               DEFENDANT'S RESPONSE TO
                                          PLAINTIFF'S SECOND MOTION FOR
9  NATIVE AMERICAN REHABILITATION         DENIAL OF EXTENSION
   ASSOCIATION, an Oregon corporation,
10 dba NARA,

11              Defendant.

12

13        Defendant Native American Rehabilitation Association of the Northwest, Inc.

14 ("NARA") submits the following response to the document filed by Plaintiff Daniel Carroll

15 ("Plaintiff") on March 22, 2017 titled "Plaintiff's 2nd Motion for Denial of Extension."

16        NARA was diligent in its efforts to contact the U.S. Department of Health and

17 Human Services ("DHHS") and begin the process of submitting Plaintiff's complaint and

18 certain documentation for a determination as to whether this action may be deemed a tort

19 brought against the United States under the Federal Tort Claims Act.  It is NARA's

20 understanding that DHHS requires *at least* 60 days to review those documents (all of which

21 have been submitted) and make its determination.  It is more than reasonable to delay the

22 selection of an arbitrator until DHHS has had sufficient time to make its decision, which

23 could result in a basis for removing this case to federal court.  NARA's motion is brought in

24 good faith and with the objective of preserving the parties' and the court's resources, not to

25 cause undue delay in these proceedings.

26

Page 1  -  DEFENDANT'S RESPONSE TO PLAINTIFF'S SECOND MOTION FOR
            DENIAL OF EXTENSION TO SELECT AN ARBITRATOR

STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000, Portland, OR  97205
Main 503.224.3380   Fax 503.220.2480

1      NARA has not requested that its March 7, 2017, motion be scheduled for hearing, but

2  NARA is willing to schedule a hearing if the Court so desires.  Further, on April 4, 2017,

3  NARA served a proposed order with respect to its motion on Plaintiff and will submit it to

4  the Court in accordance with UTCR 5.100.

5      DATED:  April 6, 2017.

STOEL RIVES LLP

6

7

8                     */s/ Reilley D. Keating*

REILLEY D. KEATING, OSB No. 073762

9                     reilley.keating@stoel.com

KELLY KNIVILA, OSB No. 923583

10                   kelly.knivila@stoel.com

11                   Attorneys for Defendant

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Page 2  -   DEFENDANT'S RESPONSE TO PLAINTIFF'S SECOND MOTION FOR
              DENIAL OF EXTENSION TO SELECT AN ARBITRATOR

92230572.1 0046013-00016

**STOEL RIVES** LLP
760 SW Ninth Avenue, Suite 3000, Portland, OR  97205
*Main 503.224.3380    Fax 503.220.2480*

1

**CERTIFICATE OF SERVICE**

2      I hereby certify that I served the foregoing **DEFENDANT'S RESPONSE TO**

3   **PLAINTIFF'S SECOND MOTION FOR DENIAL OF EXTENSION** on the following

4   named person(s) on the date indicated below, to said person(s) a true copy thereof, contained

5   in a sealed envelope if by mail, addressed to said person(s) at his or her last-known

6   address(es) indicated below.

7

8      ☒   mailing with postage prepaid

9      ☐   hand delivery

10      ☐   facsimile transmission

11      ☐   overnight delivery

12      ☐   email

13      Daniel Carroll

14      388 S.E. 194th #239
        Portland ,OR  97233

15

16      DATED:  April 6, 2017.

17

18                                          _/s/ Reilley D. Keating_____
                                            REILLEY D. KEATING, OSB No. 073762

19                                          reilley.keating@stoel.com
                                            KELLEY KNIVILA, OSB No. 923583

20                                          Kelley.kivila@stoel.com

21                                          Attorney for Plaintiff

22

23

24

25

26

Page 1   -   CERTIFICATE OF SERVICE

80973897.1 0046013-00016