IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DANIEL CARROLL,  No. 3:17-cv-00587-JE

       Plaintiff,

  v.

UNITED STATES OF AMERICA,  ORDER

       Defendant.

HERNANDEZ, District Judge:

    Magistrate Judge Jelderks issued a Findings and Recommendation (#6) on July 12, 2017, in which he recommends that this Court grant Defendant's motion to dismiss Plaintiff's Complaint. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find

no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Jelderks's Findings & Recommendation [6]. Accordingly, Defendant's motion to dismiss [3] is granted, and this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED this \_\_2\_\_ day of \_\_\_Aug\_\_\_, 2017.

*Marco Hernández*
MARCO A. HERNANDEZ
United States District Judge